UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERY D. SOOS, <br>       Plaintiff, <br>   v. <br> THOMAS E. PRICE, et al, <br>       Defendant. | NO. CV 17-6863-JLS (KS) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of Social Security is affirmed, and the above-captioned action is dismissed with prejudice.

DATED: April 10, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1